UNITED STATES DISTRICT COURT
For The
SOUTHERN DISTRICT OF FLORIDA
(Palm Beach Div.)

CASE NO. 9:17-cv-80018-DMM

B/E AEROSPACE, INC.           )
      (Plaintiff)           )
vs.                           )
                              )
INNOVAGE MICROSYSTEMS, INC, et al  )
      (Defendant(s))        )
_____/

### DEFENDANTS' NOTICE UNDER RULE 45
### OF INTENT TO SERVE RECORDS CUSTODIAN SUBPOENA

The Defendants, INNOVAGE MICROSYSTEMS, INC, & MICHAEL KAISER, (hereinafter also collectively "IMI" or "KAISER"), herein notices their intent to serve the attached Records Custodian Subpoena upon Rockwell Collins, Inc.

                                             Respectfully,

                                             /s/John H, Faro, Esq.
                                             Attorney for Plaintiffs
                                             John H. Faro, Esq.
                                             FBN 527,459

FARO & ASSOCIATES
1395 Brickell Avenue – Suite 800
Miami, FL 33131

Email: JohnF75712@aol.com
            JohnF75712@gmail.com

Ph: 305-761-6921
Fx: 305-726-0029

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed electronically, and/or was sent by E-Mail to all counsel or parties of record listed below, not otherwise of entitled to receive an electronic copy thereof from the Court, this 25th day of January, 2018.

Respectfully,

/s/John H, Faro, Esq.
FBN 527,459